UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STEFANIE BOONE,<br>    Plaintiff,<br><br>v.<br><br>LOWELL AREA SCHOOLS, *et al.*,<br>    Defendants. | No. 1:24-cv-582<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the opinion and order entered on this date, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  September 30, 2025                /s/ Paul L. Maloney
                                         Paul L. Maloney
                                         United States District Judge